UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| B.E. and S.E., minor children by their mother, legal guardian, and next friend, L.E., <br><br> Plaintiffs, <br><br> v. <br><br> VIGO COUNTY SCHOOL CORPORATION; PRINCIPAL, TERRE HAUTE NORTH VIGO HIGH SCHOOL, in his official capacity, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NO. 2:21-cv-00415-JRS-MG |

## **DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LISTS**

Pursuant to the Case Management Plan approved by the Court, Defendants, Vigo County School Corporation and the Principal of the Terre Haute North Vigo High School, in his official capacity (jointly, "Defendants"), by counsel, respectfully submit the following lists of witnesses and exhibits that they may rely upon at the trial of this matter other than witnesses and exhibits that will be used solely for purposes of impeachment or rebuttal.

## **WITNESS LIST**

The following witnesses have knowledge of facts supporting the pleadings and issues in this case and may be called as witnesses at trial:

1. Dr. Stacy Mason
2. Michael Cox
3. Matthew McClendon
4. Ashley Luken
5. Daniel Radford
6. B.E., Plaintiff
7. L.E., Plaintiff

8. S.E., Plaintiff

9. Any individual who provides or has provided a witness statement to the parties

10. Any individual identified through discovery in this matter

11. Any individual identified on Plaintiffs' witness lists or disclosures

12. Any individual necessary for authentication of documents, impeachment or rebuttal

In the event that it is subsequently determined that Defendants will call other or additional witnesses, other than for purposes of impeachment or rebuttal, Plaintiffs will be so advised. Defendants reserve the right to add to or otherwise amend the above list of witnesses after the completion of discovery or for any appropriate reason.

## EXHIBIT LIST

The following exhibits may be introduced into evidence at trial:

1. B.E.'s and L.E.'s student files

2. B.E.'s and L.E.'s medical records

3. Documents and communications relating to B.E.'s and L.E.'s accommodation requests

4. VCSC Administrative Guidelines Regarding Accommodations for Transgender Students

5. VCSC policies and procedures

6. Vigo Circuit Court Orders on Verified Petition for Change of Name and Gender Marker dated December 2, 2021

7. Map of Terre Haute North Vigo High School

8. Memorandum of Agreement to Establish and Operate an Air Force Junior Reserve Officer Training Corps Unit at Terre Haute North Vigo High School

9. Any witness statements produced by any party

10. Any pleading or other paper filed with the Court

11. Any document identified on Plaintiffs' exhibit lists or disclosures

12. All documents produced by non-parties in this case

13. Any document identified through the discovery phase of this case

14. All depositions, deposition exhibits, and written discovery requests and responses

15. Any document necessary for impeachment or rebuttal

In the event that it is subsequently determined that Defendants will offer other or additional exhibits, other than for purposes of impeachment or rebuttal, Plaintiffs will be so advised. Defendants hereby reserve the right to add or otherwise amend the above list of exhibits after the completion of discovery or for any appropriate reason.

Respectfully submitted,

/s/ *Philip R. Zimmerly*
Jonathan L. Mayes (#25690-49)
Philip R. Zimmerly (#30217-06)
Mark A. Wohlford (#31568-03)
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000; (317) 684-5173 (Fax)
JMayes@boselaw.com
PZimmerly@boselaw.com
MWohlford@boselaw.com

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2022, a copy of the foregoing "Defendants' Preliminary Witness and Exhibit Lists" was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Kenneth J. Falk, Esq.<br>Stevie J. Pactor, Esq.<br>ACLU of Indiana<br>1031 East Washington Street<br>Indianapolis, IN  46202<br>kfalk@aclu-in.org<br>spactor@aclu-in.org | Kathleen Bensberg, Esq.<br>Indiana Legal Services, Inc.<br>1200 Madison Avenue<br>Indianapolis, IN  46225<br>Kathleen.bensberg@ilsi.net<br><br>Megan Stuart, Esq.<br>Indiana Legal Services<br>214 South College Avenue, 2nd Floor<br>Bloomington, IN  47404<br>Megan.stuart@ilsi.net |
| Thomas M. Fisher, Esq.<br>Solicitor General<br>Julia C. Payne, Esq.<br>Deputy Attorney General<br>Melinda R. Holmes, Esq.<br>Deputy Attorney General<br>Office of the Indiana Attorney General<br>Todd Rokita<br>Indiana Government Center South, 5th Floor<br>302 West Washington Street<br>Indianapolis, IN  46204<br>Tom.fisher@atg.in.gov<br>Julia.payne@atg.in.gov<br>Melinda.holmes@atg.in.gov | |

                                                /s/ *Philip R. Zimmerly*
                                                Philip R. Zimmerly

4334542